IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ROBERT ALEXANDER,

                Plaintiff

    VS.

CAROLYN SMITH, *et al.*,

                Defendants

**NO. 5: 04-CV-217 (WDO)**

PROCEEDINGS UNDER 42 U.S.C. § 1983
BEFORE THE U.S. MAGISTRATE JUDGE

## RECOMMENDATION OF DISMISSAL

On July 15, 2004, plaintiff filed the above-captioned complaint. Tab #1. On October 5, 2005, plaintiff was given fifteen days to show cause as to why his case should not be dismissed for failure to prosecute. Tab #8. Plaintiff has not had made any further contact with the Court.

Accordingly, IT IS RECOMMENDED that the plaintiff's complaint be **DISMISSED without prejudice** for failure to comply with the court's October 5, 2005 order and for failure to prosecute his lawsuit. Pursuant to 28 U.S.C. §636(b)(1) the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom the case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the LAST ADDRESS provided by him.

SO RECOMMENDED, this 11th day of JANUARY, 2005.



Claude W. Hicks, Jr.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE