**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **ROBERT ALEXANDER,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:04-CV-217(WDO) |
| | : | |
| **CAROLYN SMITH, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to DISMISS this case for failure to prosecute, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the court. This case is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED this 14th day of February, 2006.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**